1076

[No. 33786-3-III. Division Three. February 21, 2017.]
*In the Matter of the Dependency of* I.W.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-7-00058-1, Thomas L. Ledgerwood, J. Pro Tem., entered September 15, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33981-5-III. Division Three. February 21, 2017.]
*In the Matter of the Petition for Protection of* JACKSON D. CONDREY.

DANA M. CONDREY, *Respondent*, v. NEIL CONNOR FUCHS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-2-03217-2, Salvatore F. Cozza, J., entered November 23, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 45665-6-II. Division Two. February 22, 2017.]
THE STATE OF WASHINGTON, *Respondent*, v. DAROLD R.J. STENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00039-1, S. Brooke Taylor, J., entered December 10, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.